(No. 6038—

RALPH KOZANECKI, d/b/a RALPH'S DECORATING SERVICE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

205

*Opinion filed April 27, 1971.*

RALPH KOZANECKI, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.